**Larry BOOKER, Petitioner-Appellant,**

v.

**John JABE, Warden, Kinross Correctional Facility, Respondent-Appellee.**

No. 83–1136.

United States Court of Appeals, Sixth Circuit.

Argued Sept. 20, 1984.

Decided Sept. 26, 1986.

Chari Grove argued, Detroit, Mich., for petitioner-appellant.

Frank J. Kelley, Atty. Gen. of Mich., Eric J. Eggan, Edgar L. Church, Jr. argued, Asst. Atty. Gen., Corrections Div., Lansing, Mich., for respondent-appellee.

Before MERRITT and JONES, Circuit Judges; and BELL, District Judge.*

PER CURIAM.

This appeal is before us on remand from the Supreme Court "for further consideration in light of *Allen v. Hardy,* — U.S. —, 106 S.Ct. 2878, 92 L.Ed.2d 199 (1986) and *Batson v. Kentucky,* 476 U.S. —, 106 S.Ct. 1712, 90 L.Ed.2d 69 (1986)." *Michigan v. Booker,* — U.S. —, 106 S.Ct. 3289, 92 L.Ed.2d 705 (1986). We have reviewed those decisions and have determined that they do not affect our disposition of *Booker v. Jabe,* 775 F.2d 762 (6th Cir.1985).

We therefore reinstate our previous opinion and judgment.